STATE OF MAINE
CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. RE-19-181

MORTGAGE RESEARCH )
CENTER, LLC D/B/A VETERANS )
UNITED HOME LOANS, A )
MISSOURI LIMITED LIABILITY )
COMPANY )
 )
    Plaintiff, )
 )
    v. )
 )
ADAM G. KIMBALL )
 )
    Defendant. )

ORDER PLAINTIFF'S
MOTION IN LIMINE


TITLE TO REAL ESTATE INVOLVED

Before the Court is Plaintiff Mortgage Research Center, LLC D/B/A Veterans United Home Loans, A Missouri Limited Liability Company's Motion in Limine seeking to admit a certain business record pursuant to M.R. Evid. 803(6) and 902(11). To the extent the information and figures integrated into the record were created by a third party, and seek to be admitted for its truth, the affiant must demonstrate "sufficient knowledge of both businesses' regular practices to demonstrate the reliability and trustworthiness of the information" therein. *KeyBank Nat'l Ass'n v. Estate of Quint*, 2017 ME 237, ¶ 13, 176 A.3d.

With no opposition filed, but because further witness testimony is required, Plaintiff's Motion is hereby DENIED.

Dated: ___2/5/2020___

_____
MaryGay Kennedy, Justice
Maine Superior Court

REC'D CUMB CLERKS OFC
FEB 6 '20 AM 11:12

Page 1 of 1

For Plaintiff: Gregory Braun, Esq.; Andrew John
Schaefer, Esq.; & Peter Remmel Andrinas, Esq.

Defendant: Pro-Se Litigant